**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7359**

TINA M. FAKE,

        Petitioner - Appellant,

    v.

WARDEN,

        Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins.  John Preston Bailey, Chief District Judge.  (2:09-cv-00141-REM-DJJ)

Submitted:  December 21, 2010     Decided:  January 4, 2011

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Tina M. Fake, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tina M. Fake appeals the district court's order accepting the magistrate judge's recommendation and dismissing her 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) habeas petition. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Fake's informal brief does not challenge the basis for the district court's disposition, Fake has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. Further, we deny Fake's motion for a certificate of appealability. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED